**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 775 MAL 2016

                 Respondent   :

                           :    Petition for Allowance of Appeal from
                           :    the Order of the Superior Court

          v.                   :

JOSE L. GONZALEZ, JR.,            :

                  Petitioner      :


## ORDER


**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.** The Petition for Leave to Stay is **DENIED.**